1    **WO**

2

3

4

5

6              **IN THE UNITED STATES DISTRICT COURT**

7                **FOR THE DISTRICT OF ARIZONA**

8

9    Mark McCormick,                          No. CV-23-00525-PHX-DLR

10               Plaintiff,                    **ORDER**

11   v.

12   Arizona Lottery, et al.,

13               Defendants.

14

15

16         Pending is Plaintiff Mark McCormick's application to proceed without prepaying

17   fees and costs (Doc. 2), which will be granted. The Court must screen Mr. McCormick's

18   complaint to ensure it states a plausible claim. 28 U.S.C. § 1915(e)(2); *Lopez v. Smith*, 203

19   F.3d 1122, 1127 (9th Cir. 2000). Mr. McCormick claims the Multi-State Lottery

20   Association, the official lottery agencies of several states, and various retailers have

21   conspired to prevent him from winning a lottery jackpot. In particular, Mr. McCormick

22   alleges he should have won the $2.04 billion Powerball jackpot on November 7, 2022, but

23   was robbed of his rightful prize through a number-swapping scheme.

24         Mr. McCormick's complaint does not state a plausible claim to relief. *See Denton*

25   *v. Hernandez*, 504 U.S. 25, 33 (1992) (explaining a case is frivolous if the facts alleged are

26   "fanciful," "fantastic," and/or "delusional"). The odds of winning the Powerball are

27   approximately 1 in 292.2 million. *See* http://www.powerball.com/powerball-prize-chart. It

28   is implausible that an elaborate, decades-long conspiracy is the reason Mr. McCormick has

1    not won. Instead, Mr. McCormick, like the vast majority of lottery players, just didn't beat

2    the odds. Because no additional factual allegations will make Mr. McCormick's conspiracy

3    theory plausible,

4        **IT IS ORDERED** that, although Mr. McCormick's application to proceed without

5    prepaying fees and costs (Doc. 2) is **GRANTED**, his complaint (Doc. 1) is **DISMISSED**.

6    The Clerk of the Court is directed to terminate this case.

7        Dated this 31st day of March, 2023.

8

9

10

11                                                              _____
                                                              Douglas L. Rayes
12                                                            United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28